

August 15, 2024

**By ECF**
The Honorable Jessica G.L. Clarke
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re: **United States v. Roy Changsik Park, 24-CR-292 (JGLC)**

Dear Judge Clarke:

    I am writing to respectfully request an adjournment of the date of sentencing in this case, which is currently set for September 5, 2024, to one of the following dates: October 29, 30, 31, or November 1. I am also requesting that the deadline for the parties' presentence submissions be extended accordingly, for the reasons below. This is the defendant's first request for an extension, and having spoken to AUSA Lauren Phillips, I understand that the Government has no objection to it.



P 347.454.1808  F 347.252.6242  E info@leelawfirmny.com
295 Madison Avenue 12th Floor, New York, NY 10017
www.leelawfirmny.com



███████████████████████████████████████████████████

███████████████████████████████████████████████████

I am also requesting that the court to reset the deadline for the parties' presentencing submissions. This is the defendant's first request, having spoken to AUSA Lauren Phillips, I understand that the Government has no objection to it. The defendant's submission was originally due August 15, but I am unable to submit it by this date because of the circumstances described above. Therefore, I am requesting that the defendant's submission deadline be reset to three weeks in advance of the new date set for sentencing, and the government's submission deadline to be reset to two weeks in advance. ███████████████████████████████████████████████████

For these reasons, I respectfully request an adjournment of the date of sentencing hearing and an extension of the deadline for submissions, as specified above.

Thank you for your attention to this matter.

Application GRANTED. Application GRANTED. The sentencing scheduled for September 5, 2024 is ADJOURNED to November 13, 2024 at 11:00 a.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007. The sentencing submission deadlines are modified as followed: Defendant's sentencing submission shall be filed by October 23, 2024, and the Government's sentencing submission shall be filed by October 30, 2024. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 12.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 15, 2024
    New York, New York

Respectfully Submitted,

LEE LAW FIRM

By:    *Jae Lee*

Jae Lee, Esq.

CC:    AUSA Lauren Phillips

P 347.454.1808  F 347.252.6242  E info@leelawfirmny.com
295 Madison Avenue 12th Floor, New York, NY 10017
www.leelawfirmny.com