UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROY CHANGSIK PARK

               Defendant.

24-CR-292 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The sentencing in this matter as to Defendant Roy Changsik Park for November 13, 2024, is rescheduled for **Friday, November 22, 2024, at 11:00 a.m.** in Courtroom 11B located at 500 Pearl Street, New York, New York, 10007.

Dated: November 12, 2024
       New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge