UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 24-CR-292 (JGLC) |
| ROY CHANGSIK PARK | **ORDER** |
| Defendant. | |

JESSICA G. L. CLARKE, United States District Judge:

The sentencing in this matter as to Defendant Roy Changsik Park for November 22, 2024, is rescheduled for **Friday, December 13, 2024, at 10:00 a.m.** in Courtroom 11B located at 500 Pearl Street, New York, New York, 10007.

Dated: November 19, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge